**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HALEY IP, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:25-CV-00577-JRG-RSP |
| | § | |
| HARMAN INTERNATIONAL | § | |
| INDUSTRIES, INCORPORATED, | § | |
| *Defendant*. | § | |

**ORDER**

Defendant Harman International Industries, Incorporated ("Defendant") previously filed a Motion to Dismiss for Lack of Patentable Subject Matter Under 35 U.S.C. § 101 (the "Motion"). (Dkt. No. 9.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 28), recommending denial of Defendant's Motion. Defendant has now filed Objections (Dkt. No. 30).

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 9) is **DENIED**.

So ORDERED and SIGNED this 30th day of March, 2026.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE